

# IN THE
# TENTH COURT OF APPEALS

### No. 10-21-00076-CV

**JOSE ALFREDO GARCIA,**

**Appellant**

**v.**

**MARIA ELENA GARCIA,**

**Appellee**

**From the 378th District Court**
**Ellis County, Texas**
**Trial Court No. 92997D**

## MEMORANDUM OPINION

Jose Alfredo Garcia appeals the trial court's Order on Petition for Enforcement of Spousal Maintenance rendered against him. His filing fee for this appeal is past due. In a letter dated April 14, 2021, the Clerk of this Court warned Garcia that his appeal would be presented to the Court for dismissal if the fee was not paid within 10 days from the date of the letter. *See* Tex. R. App. P. 42.3(c). More than 10 days have passed, and we have not received the fee, or any communication, from Garcia.

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Appeal dismissed
Opinion delivered and filed May 5, 2021
[CVO6]

